Josephine Abadie, Appellant, v. Hyde Real Estate Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John Farson and William Farson, Composing the Partnership Firm of Farson, Son & Co., as a Committee of Bondholders of the Six Per Cent Gold Mortgage Bonds of the Croisic Realty Company and Another, Respondents, v. New York County National Bank, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, Respondent, v. Jacob Van Brink Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Lewis H. May Company, Appellant, v. Ramona Realty Company, Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Frederick S. Eisemann, Respondent, v. Florence A. Hazard, Appellant — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Loretta Smith, as Administratrix, etc., Respondent, v. Belt Line Railway Corporation, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Samuel E. Hunter, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Delia J. Cronin, Respondent, v. Marion Revell, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Thomas R. Hart, Appellant, v: Blanche Walsh and Another, Impleaded with Joseph A. Golden, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

The People of the State of New York, Respondent, v. Benedetto Randazzo, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, on Complaint of Peter McDermott, Respondent, v. Peter Perino, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Ashley C. L. Littler, Respondent, v. Benjamin Joffe and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Edward Lovitt, Respondent, v. Illinois Surety Company, Appellant.— Determination and judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.